IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAVID MATTHEW BREEN, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:06-CV-118 (CDL) |
| WARDEN DWIGHT HAMMRICK, BILLY WICKER, and BROWN KEYS, | * |
| Defendants | * |

## ORDER ON REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 26, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                                                  S/Clay D. Land
                                                    CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE