**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

David Matthew Breen,            *

    Plaintiff                  *
                                  Case Number 4:06-CV-118 (CDL)
vs.                             *

Dwight Hamrick, Warden, et al.  *

    Defendants                 *

### **J U D G M E N T**

Pursuant to this Court's Order dated August 24, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 26th day of September, 2007.

                                            Gregory J. Leonard, Clerk

                                            S/ Terrie L. Smith
                                            Deputy Clerk